# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maria Barrios, | No. CV-23-00194-TUC-RCC (EJM) |
| Plaintiff, | **ORDER** |
| v. | |
| Farmers Investment Company, | |
| Defendant. | |

On November 14, 2023, Plaintiff Maria Barrios filed a Notice of Voluntary Dismissal Without Prejudice. (Doc. 24.) Having reviewed the notice, and pursuant to Federal Rule of Civil Procedure 41(a),

**IT IS ORDERED** that this matter is **DISMISSED**. The Clerk of Court shall docket accordingly.

Dated this 14th day of November, 2023.

Honorable Raner C. Collins
Senior United States District Judge